**FORM 26. Docketing Statement**

<div style="border:1px solid #000; padding:1em;">

<center>

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

No. <u>15-1252</u>

TNS Media Research, LLC et al, Counterclaim-Defendants
<hr>

**v.**

TiVo Research and Analytics, Inc., Counterclaim-Plaintiff
<hr>

# DOCKETING STATEMENT

</center>

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent <u>TiVo Research and Analytics, Inc., Counterclaim-Plaintiff</u>

Party is (select one)   ☑ Appellant/Petitioner   ☐ Cross-Appellant
                        ☐ Appellee/Respondent    ☐ Intervenor

Tribunal appealed from and Case No. <u>USDC-SDNY</u>

Date of Judgment/Order <u>December 8, 2014</u>   Type of Case <u>Patent infringement, trade secrets, breach of contract and fiduciary duty</u>

Relief sought on appeal <u>Reversal of District Court</u>

Relief awarded below (if damages, specify) <u>N/A</u>

Briefly describe the judgment/order appealed from

Order awarding attorney's fees.

</div>

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued
TNS Media Research, LLC et al, Counterclaim-Defendants
   V.
TiVo Research and Analytics, Inc., Counterclaim-Plaintiff
   Case: 14-1668

Brief statement of the issues to be raised on appeal
Whether District Court erroneously awarded attorney's fees in favor of Appellee following grant of summary judgment, limited remedies, and precluded damages against TiVo Research and Analytics, Inc.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes   ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?   ☑ Yes   ☐ No

If they were mediated, by whom? __Judge Garrett Brown__

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?   ☑ Yes   ☐ No

If you answered no, explain why not  N/A

Provide any other information relevant to the inclusion of this case in the court's mediation program.  N/A

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this  26  day of  January , 2015

by:  CM/ECF
(manner of service)

Kevin S. Rosenberg                    /s/ Kevin S. Rosenberg
Name of Counsel                       Signature of Counsel

Law Firm  Goldberg, Lowenstein & Weatherwax LLP

Address  11400 W. Olympic Blvd., Suite 400

City, State, ZIP  Los Angeles, CA  90064

Telephone Number  310.307.4500

FAX Number  310.307.4509

E-mail Address  rosenberg@glwllp.com