**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TNS Media Research, LLC et al    v.   TiVo Research and Analytics, Inc.

No. 15-1252

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   TiVo Research and Anallytics, Inc., Counterclaim Plaintiff
                                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant

[✓] Appellant    [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:    Kevin S. Rosenberg

Law firm:    Goldberg, Lowenstein & Weatherwax LLP

Address:    11400 West Olympic Blvd., Suite 400

City, State and ZIP:    Los Angeles, CA 90064

Telephone:    310-307-4500

Fax #:    310-307-4509

E-mail address:    rosenberg@glwllp.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   05/08/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

1/23/2015                              /s/ Kevin S. Rosenberg
      Date                                   Signature of pro se or counsel

cc:   Michael A. Albert